**UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:                                                                                  3:21-bk-02413-JAB

WILLIE B YOUNG JR                                                         Chapter 13


_____Debtor____/


## NOTICE OF PLAN PAYMENT CHANGE
*This Notice supercedes any previous Notices filed*

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202 and mail a copy to the moving party at Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, Florida 32201-4308 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

This notice is occasioned by a Notice of Increase Mortgage Payments received by the Trustee and/or filed with the Bankruptcy Court by US BANK TRUST NATIONAL ASSOCIATION.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENTS IS WITH THE PAYMENT DUE: February 2023**

|  | Former | New (with additional Trustee fee calculated) |
|---|---|---|
| Mortgage Payment | $368.44 | **$369.15 Effective February 2023** |
| Your payment to the Trustee | $817.97 | **$818.76 Effective February 2023** |
|  | $730.00 | **$730.79 Effective December 2023** |
|  | $731.00 | **$731.79 Effective June 2024** |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

Unless a timely objection is filed, this Notice is deemed a modification of the confirmed plan pursuant to 11 U.S.C. Section 1329.

### CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was sent by U. S. Mail or electronic delivery this 18th day of January, 2023 to all interested parties:

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:21-bk-02413-JAB<br>Middle District of Florida<br>Jacksonville<br>Wed Jan 18 10:21:17 EST 2023 | Jacob A. Brown<br>Jacksonville<br>, FL | U.S. Bank, N.A., as trustee of Dwelling Seri<br>c/o Ghidotti Berger LLP<br>1031 North Miami Beach Blvd.<br>North Miami Beach, FL 33162-3842 |
| Willie B. Young Jr.<br>2220 W. 30th Street<br>Jacksonville, FL 32209-3616 | Acima Credit<br>9815 Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IC Systems, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | OneMain Financial -<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| Rushmore Loan Mgmt Srvc<br>Attn: Bankruptcy<br>Po Box 55004<br>Irvine, CA 92619-5004 | U.S. Bank Trust, N.A., as Trustee -<br>of the Dwelling Series IV Trust<br>c/o Rushmore Loan Management Services LL<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     1<br>Total                  15 |